Name: Rosita Frausto
Address: 9000 Cottonwood Avenue
Santee, Ca 92071
Las Colinas Detention Facility
CDC or ID Number: #7761577

MC-275

**FILED**
OCT 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILING FEE PAID: Yes ___ No ✓
IFP MOTION FILED: Yes ___ No ✓
COPIES SENT TO: Court ✓ Pros ___

U.S. District Court
Southern District of Ca.
(Court)

Rosita Frausto
Petitioner
vs.
The State of California
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. '07CV 2073 BEN CAB
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC-275

**This petition concerns:**

☒ A conviction  ☐ Parole

☒ A sentence  ☐ Credits

☐ Jail or prison conditions  ☐ Prison discipline

☐ Other *(specify)*: _____

1. Your name: **Rosita Frausto**

2. Where are you incarcerated? **Las Colinas Detention Facility**

3. Why are you in custody?   ☒ Criminal Conviction   ☐ Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   **Residential burglary, Commercial burglary, Credit card fraud, and grand theft**

   b. Penal or other code sections: **484G(A)PC, 459 PC 5x, 475 (B)PC**

   c. Name and location of sentencing or committing court: **The State of California Superior Court, Central Division**

   d. Case number: **SCD 197447**

   e. Date convicted or committed: **May 5, 2006**

   f. Date sentenced: **September 7, 2007**

   g. Length of sentence: **5 years, (435) days of time served, (high term)**

   h. When do you expect to be released? **N/A**

   i. Were you represented by counsel in the trial court?  ☒ Yes.  ☐ No. If yes, state the attorney's name and address:

   **Marcee Chipman  222 Ash, San Diego, California 92101  (619) 702-3848**

4. What was the LAST plea you entered? *(check one)*

   ☐ Not guilty  ☒ Guilty  ☐ Nolo Contendere  ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

MC-275 [Rev. January 1, 2007]      **PETITION FOR WRIT OF HABEAS CORPUS**      Page 2 of 6

MC–275

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

State Court decision was based in a unreasonable determination of the facts in light of the evidence and facts presented in petitioner preliminary hearing and witness statements.

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

While out on bail on several other minor charges (poss. of control substance, poss. of stolen property, poss. of deadly weapon). Petitioner had a court date on May 5, 2006, when Petitioner arrived in the courtroom, petitioner observed detective, Julie Adams, whom petitioner had come in contact with several weeks earlier, while retrieving her jewelry at the police station in La Jolla, Ca. During which time petitioner name was called, petitioner observed Detective Adams, approaching the bench beside her also, before the Judge, Officer Adams, was given an introduction by the court prosecuting attorney to speak, Officer Adams, began, basically persuading the Judge stating that petitioner was a possible suspect in a residential burglary, that she, Detective Adams had been assigned to. Petitioner, bail was then revoked, and petitioner was then taken to female adult dention facility in Santee, Ca. (Las Colinas) and then booked on (4)

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

"28 U.S.C. § 2254(d) A state court's decision is an unreasonable application of federal law if it correctly identifies the governing rule, but then applies to a new set of facts in an objective unreasonable way or if it extends a clearly established legal principle from the United

pg 3 of 6 (2) a

(a) continuance

charges; residential burglary, commercial burglary, credit card fraud and grand theft, along with the charges petitioner was on bail for, which was, (3) charges: possession of control substance, possession of stolen property and possession of an deadly weapon being that of an (letter opener)., petitioner, believes the possession of the letter opener, was dropped.

Alternate Public Defender, Marcee Chipman, was assigned to my case, and also present in court on May 5, 2006. Ms. Chipman, scheduled a pro-visit with petitioner shortly after, while in custody at L.C.D.F. During that time petitioner requested a copy of petitioner's discovery, and was told by Ms. Chipman, that petitioner, discovery paper's would serve petitioner, no means, as for as petitioner case was concerned. Petitioner then stated to Attorney Chipman, that under no circumstances, was petitioner associated with this crime.

In August of 2006, petitioner, was called to court for an preliminary hearing, on said charges of residential burglary, commercial burglary, credit card fraud and grand theft. The "victim" whom reported crime was present at the hearing. When the "victim", took the stand she was cross examined by the prosecutor as well as attorney Chipman. While under oath the "victim" was asked a series of questions as follows;

(1) Did victim "recognize" co-defendent: Rosita Frausto, present in this room dressed in tans to your right? "NO"

(2) "Victim" was asked did she see petitioner in her home the day she called 911? "NO"

(3) Did "victim" see petitioner anywhere around, in front/back, down the street/alley of victims home that day? "NO"

pg 3 of 6 (3) a

(a) continuance

   (4) Victim was asked had she ever seen petitioner in her neighborhood in the past or at present? "NO"

   (5) Victim was asked did she recognize petitioners' name, Rosita Trausto? "NO"

   (6) Victim, was asked was victim absolutely posotive that she, victim, do not recognize, petitioner? "Yes"

The victim answered "NO" to the first (5) questions and "Yes" to the (6th) question.

pg 3 of 6 (1) b

(b) continuance

States Supreme Court in a way that is objectively unreasonable. Hernandez v Small 282 F. 3d 1132, 1142 (9th Cir. 2000).

It is a settle rule of constitution construction that, if the apparent conflict, it is the duty of the courts to harmonize them if this can be reasonably down without distorting the meaning of any provision must be read with direct reference to every other which relates to the same subject, and so read, if possible as to avoid repugnancy.'
Hammond v McDonald (App. 2nd District 1942), 49 Cal. App.2d 671, 122 P. 2d 332 Constitutional Law ⟨≈⟩ 15

7. Ground 2 or Ground _____ (if applicable):   MC-275

Ineffective assistance of Counsel: Petitioner states that petitioner was reluctant to plead guilty and (2) Conflict of interest: petitioner was advised by counsel that an plea of guilt would be petitioner best choice.

a. Supporting facts:

Following after the preliminary hearing, petitioner received another pro-visit with attorney Chipman while being housed in L.C.D.F., the month of September 2006, during that time, petitioner stressed that these charges should be set for a trial setting and that petitioner was in grave need of petitioner discovery along with an copy of the preliminary findings during which time attorney Chipman, flat out stated "NO", that the documents were entirely too much paperwork, Ms. Chipman, went on to state, out of nowhere, pertaining to the co-defendant that I knew nothing of. That often do male defendants fail to appear, and as a result the D.A. will not be satisfied until someone is charged with the crime.

While waiting in holding cell for final sentencing on 10/19/07, petitioner was approached by (2) L.C.D.F. inmates, (Rosa Jordan, Barbara gaskin), returning from court process. Ms. Jordan explained to petitioner that petitioners' attorney discussed petitioner case with Ms. Jordans' relative (grandmother) present in court. Ms. Jordan questioned petitioner of petitioner last name, is Frausto being sentenced to five years.

b. Supporting cases, rules, or other authority:

Iaea v Sunn Id at 864-105 grossly deficient performance by counsel and resultant prejudice, attorney gross mischaracterization of petitioner when speaking to the court and district D.A. (placing on client with D.A. criminal crime investigation.)

Pg 4 of 6 (2) a

(a.) Continuance

Five charges. While in court room, petitioner informed attorney Chipman on the above referenced. Ms. Chipman appeared to have no knowledge explaining to petitioner that, "such actions not practiced, therefore she can't do anything." Petitioner informed attorney Chipman, that inmates referred to petitioner attorney to be that of a male not female. While Ms. Chipman approached who appeared to be a file clerk counsel, she stated to petitioner, "What are you trying to say or get at?" File clerk confirmed to Ms. Chipman, petitioner statement to be true, male counsel member discussed petitioner case to an civilian present in court, in error. Ms. Chipman explained to petitioner, male counsel to, "Be new, made a mistake because there were three inmates with same first name." Petitioner replied, such counsel error not responsibility of petitioner. Attorney Marcee Chipman concluded by commenting, "Look, why don't you just shut up?!," as she proceeded walking toward civilians in court discussing petitioner case.

MC-275

8. Did you appeal from the conviction, sentence, or commitment?   ☐ Yes.   ☒ No.   If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): _____

   b. Result _____   c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised: (1) _____

      (2) _____

      (3) _____

   f. Were you represented by counsel on appeal?   ☐ Yes.   ☒ No. If yes, state the attorney's name and address, if known:
   _____

9. Did you seek review in the California Supreme Court?   ☐ Yes   ☒ No.   If yes, give the following information:

   a. Result _____   b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____

      (2) _____

      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    _____
    _____

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

    b. Did you seek the highest level of administrative review available?   ☒ Yes.   ☐ No.
    *Attach documents that show you have exhausted your administrative remedies.*

MC-275 [Rev. January 1, 2007]   **PETITION FOR WRIT OF HABEAS CORPUS**   Page 5 of 6

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court?  ☐ Yes. If yes, continue with number 13.  ☒ No. If no, skip to number 15.

MC–275

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result *(Attach order or explain why unavailable)*: _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result *(Attach order or explain why unavailable)*: _____

   (5) Date of decision: _____

   c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

   _____

   _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

   _____

   _____

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

   _____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

   _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

   _____

   _____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: October 22 2007                    ▶ *[signature]*
                                             (SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]    **PETITION FOR WRIT OF HABEAS CORPUS**    Page 6 of 6

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**  
Rosita Frausto

**DEFENDANTS**  
The State of California

FILED OCT 26 2007  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** San Diego  
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____  
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**  
Rosita Frausto  
9000 Cottonwood Avenue  
Santee, CA 92071  
CDC# 7761577

ATTORNEYS (IF KNOWN)

'07 CV 2073 BEN CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2254**

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23  
DEMAND $ _____  
Check YES only if demanded in complaint:  
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 10/26/2007    SIGNATURE OF ATTORNEY OF RECORD  
R. Mull [signature]