November 14, 2007

To: U.S. District Court
Southern District of California
880 Front Street Suite 4290
San Diego, CA 92101-8900
Attn: Office of the Clerk

FILED
2007 NOV 19  PM 3:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

07CV 2073 BEN(CAB)

From/Petitioner: Rosita Frausto CDC# N14010
Correctional Institution For Woman
16756 Chino-Corona Road
Corona, CA 92880-9508

Re: Petitioner Change of Address on Already Submitted Habeas Corpus

To Whom It May Concern,

The purpose of this letter is to notify of Change of Address for petitioner, Rosita Frausto's Habeus Corpus as follows;

present address: 16756 Chino-Corona Road
Corona, CA 92880-9508
Cdc#: N14010

previous address: 9000 Cottonwood Avenue
Santee, CA 92071
booking#: 7761577

Respectively,
Rosita Frausto  11/14/07

Rosita Frausto
10756 China-Corona Road
Corona, CA 92880-9508
CDC# N14516 12C1 B-174UP

STATE PRISON

*LEGAL MAIL*

52101+8323

SANTA ANA CA 927
16 NOV 2007 PM 2
USA 41

U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101-8900
Attn: Office of the Clerk